**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RONALD DALE RICHARDSON,**                                              **PLAINTIFF,**

**VS.**                                             **CIVIL ACTION NO. 2:03CV372-P-A**

**NEW CENTURY MORTGAGE CORPORATION,
BARRY HUNT d/b/a UNITED MORTGAGE
DESOTO, and EQUITY TITLE & ESCROW
COMPANY OF MEMPHIS, LLC,**                                          **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) New Century Mortgage Corporation's Motion for Summary Judgment [42-1] is hereby **GRANTED**;

(2) Equity Title & Escrow Company of Memphis, LLC's Motion for Summary Judgment [39-1] is **GRANTED**;

(3) Barry Hunt d/b/a United Mortgage DeSoto's Motion for Summary Judgment [44-1] likewise **GRANTED**; accordingly,

(4) All of the plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 1st day of July, A.D., 2005.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE